Commonwealth *v.* Watkins, Appellant.

Argued March 27, 1973. *John W. Packel,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Zic-*

*cardi,* Defender, for appellant; *Albert L. Becker,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.